UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Derek Eisenberg,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Dr. Kristopher Sanchez, et al.,<br><br>　　　　　　Defendant(s). | 2:24-cv-02377-JAD-MDC<br><br>**ORDER DENYING STIPULATION** |

**IT IS ORDERED** that the *Joint Stipulated Discovery Plan and Scheduling Order* (ECF No. 25) is **DENIED WITHOUT PREJUDICE**. The first defendants' appearance was on February 3, 2025 (ECF No. 12). More substantively, the parties' brief statement that they "expect fact intensive discovery" is vague and fail to show good cause for the longer requested discovery. The parties may submit an amended stipulation providing more detail why the parties believe good cause exists for longer discovery. Finally, LR IA 6-2 requires the judicial signature block to appear on the same page as the last substantive matter and not stand-alone page. The parties are requested to file their amended stipulation by **June 24, 2025**.

DATED this 16th day of June 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge